BEFORE THE SECOND DIVISION, APRIL 11, 1940

**No. 43467.**—Protests 836235–G, etc., of J. Milton Hagy Waste Works (Philadelphia).

Opinion by KINCHELOE, J. It was stipulated that the rags in question are either wipers or cotton rags of the same character as those the subject of *J. Milton Hagy Waste Works* v. *United States* (2 Cust. Ct. 385, C. D. 162). The claim for free entry as paper stock under paragraph 1750 was therefore sustained.

BEFORE THE THIRD DIVISION, APRIL 11, 1940

**No. 43468.**—Protests 776311–G, etc., of K. Ichioka & Co. et al. (San Francisco).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43469.**—Protests 815668–G, etc., of Chong Kee Jan & Co. et al. (San Francisco).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43470.**—Protests 951330–G, etc., of Balfour Guthrie & Co., Inc., et al. (Los Angeles).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43471.**—Protests 954193–G, etc., of Sardo Lace Co. et al. (New York).

Opinion by EVANS, J. On the records presented the protests were overruled.

**No. 43472.**—Protest 883464–G of Rupert Fish Co. (Pembina).

Opinion by EVANS, J. On the record presented the protest was overruled.

**No. 43473.**—Protest 15200–K of D. Kelman & Co., Inc. (New York).

Opinion by EVANS, J. On the record presented the protest was overruled.